IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AASTRA TECHNOLOGIES LTD., and )<br>AASTRA USA, INC., )<br>)<br>Defendants. ) | Civ. Action No. 11-1082-LPS-CJB |

### ORDER TO SHOW CAUSE

At Wilmington this **22nd day of January, 2013.**

WHEREAS, Pragmatus AV, LLC ("Plaintiff") filed its Complaint for Patent Infringement against Aastra Technologies Ltd. ("Aastra Technologies") and Aastra USA, Inc. ("Aastra USA") (collectively, "Defendants") on November 3, 2011 (D.I. 1);

WHEREAS, a summons was issued as to Defendants on November 4, 2011;

WHEREAS, proof of service has not been made to the Court as to Aastra Technologies;

WHEREAS, Federal Rule of Civil Procedure 4(m) requires that "[i]f a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time . . . [b]ut if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period";

NOW THEREFORE, IT IS HEREBY ORDERED that, on or before **February 5, 2013,** Plaintiff shall show cause why Aastra Technologies should not be dismissed for failure to serve.

*/s/ Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE