

January 28, 2013

<u>Via E-Filing</u>
The Honorable Christopher J. Burke
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 6100
Wilmington, DE 19801-3555

      Re:    **Pragmatus AV LLC v. Aastra Technologies Limited, et al.,**
              <u>C.A. No. 11-cv-1082-LPS-CJB</u>
              **Pragmatus AV LLC v. Panasonic Corp. of North America, et al.,**
              <u>C.A. No. 11-cv-1091-LPS-CJB</u>
              **Pragmatus AV LLC v. TangoMe Inc.,**
              <u>C.A. No. 11-cv-1092-LPS-CJB</u>

Dear Judge Burke:

      On January 22, 2013, Your Honor set scheduling conferences for the above matters on February 13, 2013 at 10:00 a.m., 11:00 a.m., and 12:00 p.m., respectively. The patents-in-suit partially overlap among the cases and, thus, Plaintiff believes it will be more efficient if a single schedule governs all three actions for pre-trial purposes. The defendants above do not object to this manner of proceeding.

      Consequently, Plaintiff respectfully requests that the Court hold a single, combined scheduling conference and allow the parties to submit one scheduling order that will govern these three cases for pre-trial purposes. The parties are available at any of the times selected by the Court on February 13, 2013 for a combined scheduling conference.

      We are available at the Court's convenience should Your Honors have any questions.

                            Respectfully submitted,

                            /s/ Brian E. Farnan

                            Brian E. Farnan

cc: Counsel of Record (via E-Filing)