IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AASTRA TECHNOLOGIES LIMITED; <br> AASTRA USA, INC, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 11-cv-1082-LPS-CJB <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL OF AASTRA TECHNOLOGIES LIMITED**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses defendant Aastra Technologies Limited without prejudice based on its representation that it does not import or ship any products into the United States or manufacture, sell or offer to sell any products in the United States.

Dated: February 5, 2013

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com