

February 5, 2013

**VIA E-FILING**
The Honorable Christopher J. Burke
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 6100
Wilmington, DE 19801-3555

      Re:    **Pragmatus AV LLC v. Aastra Technologies Limited,
                C.A. No. 11-cv-1082-LPS-CJB**

Dear Judge Burke:

      We respectfully submit this response to Your Honor's January 22, 2013 Order to Show Cause directing Plaintiff to show cause why Aastra Technologies Limited should not be dismissed for lack of service of process.

      Today, Plaintiff dismissed Aastra Technologies Limited without prejudice from this action. We, therefore, respectfully submit that this issue is now moot.

      We are available at the Court's convenience should Your Honor have any questions.

                                          Respectfully submitted,

                                          /s/ Brian E. Farnan

                                          Brian E. Farnan

cc: Counsel of Record (*via E-Filing*)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM