IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DLEAWARE

PRAGMATUS AV, LLC              )
                                      )

         Plaintiff,           )
                                       )

         v.              )         C.A. No. 11-1082-LPS-CJB
                                       )

AASTRA TECHNOLOGIES LTD. and  )
AASTRA USA, INC.,            )
                                       )

         Defendants.      )

## JOINT MOTION AND PROPOSED ORDER FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Pragmatus AV, LLC ("Pragmatus") and defendant Aastra USA, Inc. ("Aastra")

respectfully move this Court to schedule a teleconference to address an outstanding dispute

regarding the drafting of a protective order.

As a result of a previous teleconference with Chambers, the parties will provide

submissions and present their respective positions consistent with the Court's prior order

regarding discovery matters during a teleconference on March 20, 2013 at 4:00 p.m. with

counsel for Pragmatus to initiate the call.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Andrew E. Russell* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| FARNAN LLP | Jeffrey T. Castellano (No. 4837) |
| 919 North Market Street | Andrew E. Russell (No. 5382) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 777-0300 | 300 Delaware Avenue, Suite 1120 |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | jcastellano@shawkeller.com |
| | arussell@shawkeller.com |
| Dated:  March 11, 2013 | *Attorneys for Defendants* |

2

SO ORDERED this _____ day of _____ March, 2013.

_____
United States District Judge