UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS AV, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 11-cv-1082 (LPS)(CJB) |
| AASTRA USA, INC., | § § | **DEMAND FOR JURY TRIAL** |
| Defendant. | § § § | |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC ("Pragmatus") and Defendant Aastra USA, Inc. ("Aastra"), have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action and hereby stipulate to dismissal with prejudice of all of Pragmatus' claims against Aastra in this action. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorney for Plaintiff*

SHAW KELLER LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*

2

SO ORDERED this ___ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Case 1:11-cv-01082-LPS-CJB   Document 33   Filed 06/05/13   Page 2 of 2 PageID #: 651